O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GUY VACHON, | Case No. 5:16-cv-02419-DMG-KES |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND** |
| REVERSE MORTGAGE | **RECOMMENDATIONS OF UNITED** |
| SOLUTIONS, INC., et al., | **STATES MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing the

2 First Amended Complaint and "Amended Complaint in Writ of Replevin with Writ

3 of Right" with prejudice.

4

5 DATED:  December 28, 2017

6

7                                    _____

                                   DOLLY M. GEE

8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28