JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GUY VACHON,<br><br>Plaintiff,<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC., et al.,<br><br>Defendant. | Case No. 5:16-cv-02419-DMG-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice in its entirety.

DATED: December 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE